# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **PRINCE MARIWA (A226-103-748),** | |
| Petitioner, | **ORDER** |
| v. | LA CV 26-00030-VBF-PD |
| MARK BOWEN (Acting Warden, Adelanto ICE Processing Center), *et al.*, | |
| Respondents. | |

**No later than 11:59 p.m. on Thursday, January 22, 2026, the respondents SHALL FILE a brief responding to the application for a temporary restraining order ("TRO").**

**No later than 11:59 p.m. on Friday, January 23, 2026, petitioner MAY FILE a reply.**

IT IS SO ORDERED.

Dated: January 20, 2026

*Valerie Baker Fairbank*

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge