**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRINCE MARIWA,<br>Petitioner,<br>v.<br>MARK BOWEN, Acting Warden, Adelanto ICE Processing Center, et al.,<br>Respondents. | Case No. 2:26-cv-00030-VBF-PD<br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**<br>**A# 226-103-748** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of United States Magistrate Judge ("the Report"), Respondents' Objections to the Report, Petitioner's response to the Report, and Petitioner's Reply to Respondents' Objections. The Court has engaged in a *de novo* review of the portions of the Report to which Respondents have objected.

The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is granted as to Claim Two and the remaining claims are dismissed without prejudice.

The Court ORDERS the following:

The United States Department of Homeland Security is enjoined from imposing additional restrictions on Petitioner Prince Mariwa's release from custody, such as bond or electronic monitoring, unless a neutral decisionmaker determines that such conditions of release are necessary at a pre-deprivation hearing. At any such hearing, the Respondents shall bear the burden of establishing, by clear and convincing evidence, that any additional restrictions on the Petitioner's release are necessary to prevent the Petitioner from posing a danger to the community or a risk of flight upon his discharge from federal immigration custody, and the Petitioner shall be allowed to have counsel present.

Respondents are enjoined from rearresting or re-detaining Petitioner without compliance with constitutional safeguards, which include at a minimum, pre-deprivation notice describing the change of circumstances necessitating his rearrest and re-detention, and a timely hearing. At any such hearing, the Respondents shall bear the burden of establishing, by clear and convincing evidence, that the Petitioner poses a danger to the community or a risk of flight, and the Petitioner shall be allowed to have counsel present.

Date: September 8, 2026

Valerie Baker Fairbank

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE