JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRINCE MARIWA,<br>Petitioner,<br>v.<br>MARK BOWEN, Acting Warden, Adelanto ICE Processing Center, et al.,<br>Respondents. | Case No. 2:26-cv-00030-VBF-PD<br>**JUDGMENT**<br>**A# 226-103-748** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted in part. Claim Two is granted and the remaining claims are dismissed without prejudice.

The Clerk of the Court is directed to Close this case.

Date: September 8, 2026

Valerie Baker Fairbank

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE